**Randy PITTS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 87175.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 12, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 18, 2007.

S. Kristina Starke, St. Louis, MO, for
appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Daniel N. McPherson, Jefferson City, MO,
for respondent.

Before: CLIFFORD H. AHRENS, P.J.,
MARY K. HOFF, J., and NANNETTE A.
BAKER, J.

*ORDER*

PER CURIAM.

Randy Pitts ("Movant") appeals from
the decision of the motion court denying
his motion for post-conviction relief under
Rule 24.035.[1] Movant raises two points on
appeal. First, he argues that the motion
court erred in denying his motion in that
his plea counsel was ineffective for advis-
ing him that he was eligible for long-term
drug treatment if he pleaded guilty when
he was not eligible. Second, Movant con-
tends that the motion court erred in deny-
ing his motion in that his plea counsel was
ineffective for failing to obtain and present
to the court Movant's medical records.

No jurisprudential purpose would be
served by a written opinion reciting the
detailed facts and restating the principles
of law. The parties have been furnished
with a memorandum opinion for their in-
formation only, which sets forth the facts
and reasons for this order.

We affirm the judgment pursuant to
Rule 84.16(b).

___

1. All rule references are to Mo. Rules Crim. P.2004, unless otherwise indicated.